IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICK McCONNELL,

    Plaintiff,

v.                                                               1:15-cv-01094 JCH-LF

THE GEO GROUP, INC., et al.

    Defendants.

## ORDER GRANTING ATTORNEY'S FEES

THIS MATTER comes before the Court on defendant The GEO Group, Inc.'s ("GEO") Notice of Filing Affidavit of Expenses (Doc. 111). Having reviewed the notice and the affidavit and noting that there are no objections, the Court finds the request for fees reasonable and will order plaintiff Rick McConnell to reimburse GEO.

On January 4, 2018, the Court granted GEO's renewed motion to compel discovery from McConnell and ordered that McConnell pay defendant GEO reasonable attorney's fees for the costs incurred in bringing its renewed motion. The Court directed counsel for GEO to file an affidavit of expenses incurred in filing its renewed motion no later than January 19, 2018. McConnell was to file any objections to the affidavit of expenses within 14 days of GEO's filing of the affidavit. McConnell has not filed any objections to GEO's affidavit of expenses. The Court, therefore, will grant GEO the expenses sought in its notice.

IT IS THEREFORE ORDERED that plaintiff Rick McConnell reimburse defendant, The GEO Group, Inc., one hundred eighty dollars ($180.00) no later than Thursday, February 15, 2018.

                                                                                      _____
                                                                                      Laura Fashing
                                                                                      United States Magistrate Judge